TONI H. CARBONE (SBN 210119)
ATTORNEY AT LAW
11930 HERITAGE OAK PLACE, STE 6
Auburn, CA. 95603
(530) 885-6244
Fax (530) 885-8245

Attorney for Defendant
NADIA TALYBOV

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 2:12-CR-003 JAM |
| Plaintiff, | ) **WAIVER OF DEFENDANT'S APPEARANCE** |
| v. | ) |
| NADIA TALYBOV, | ) |
| Defendant. | ) |

  Defendant, NADIA TALYBOV, hereby waives the right to be present in person in open court upon the hearing of any motion or other pre-trial proceeding in this case, including, but not limited to, when the case is ordered set for trial, when a continuance is ordered, and when any other action is taken by the court before or after hearing, except upon arraignment, plea, impanelment of a jury, trial and imposition of sentence pursuant to Federal Rule of Criminal Procedure 43(b)(3).

  Defendant, NADIA TALYBOV, hereby requests the court to proceed during every absence of her which the court may permit pursuant to this waiver; agrees that her interests will be deemed represented at all times by the presence of her attorney, the same as if defendant were

1

PDF created with pdfFactory trial version www.pdffactory.com

personally present and further agrees to be present in court, ready for any hearing any day and hour the court may set in her absence.

    Defendant, NADIA TALYBOV, further acknowledges that she has been informed of her rights under Title 18 U.S.C. Sections 3164-3174 (Speedy Trial Act), and authorizes her attorney, to set times and delays under the Act without defendant, NADIA TALYBOV, being present and agrees to waive any and all time under both the federal constitution and the Speedy Trial Act regarding her rights to a speedy and public jury trial.

Dated: 2/27/2012                                      /s/ Ms. Nadia Talybov
                                                          Ms. Nadia Talybov

Approved as to form                    /s/ Toni Carbone
Dated: 2/27/2012
                                                          Toni Carbone
                                                          Counsel for Ms. Talybov

IT IS SO ORDERED:

DATED:  2/27/2012                             /s/ John A. Mendez
                                                        U. S. District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com